IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dudley, Deborah A

Printed: 10/2/07

Case Number: 06 B 14411
Judge: Wedoff, Eugene R
Filed: 11/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 16, 2007
Confirmed: March 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,464.00 |  |
| Secured: |  | 2,330.94 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 133.06 |
| Other Funds: |  | 0.00 |
| Totals: | 2,464.00 | 2,464.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 2. | America's Servicing Co | Secured | 38,231.00 | 2,330.94 |
| 3. | Resurgent Capital Services | Unsecured | 613.07 | 0.00 |
| 4. | Cavalry Portfolio/Collection | Unsecured | 1,733.06 | 0.00 |
| 5. | Advance Medical | Unsecured | 557.00 | 0.00 |
| 6. | Capital One | Unsecured | 1,408.59 | 0.00 |
| 7. | Hollywood Casino Aurora | Unsecured |  | No Claim Filed |
| 8. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 9. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 10. | Empress Riverboat Casino | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 42,542.72 | $ 2,330.94 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 133.06 |
|  | _____ |
|  | $ 133.06 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Dudley, Deborah A

Printed:  10/2/07

Case Number:  06 B 14411
Judge:  Wedoff, Eugene R
Filed:  11/4/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*